MARY G. KRULDER, as Administratrix of CORNELIUS KRULDER, Deceased, Respondent, *v.* WILLIAM H. WOOLVERTON, as President of THE NEW YORK TRANSFER COMPANY, Appellant.

*Krulder v. Woolverton*, 11 Misc. Rep. 537, affirmed.
(Argued March 5, 1897; decided March 23, 1897.)

APPEAL from a judgment of the General Term of the Superior Court of the city of New York, entered March 6, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*John L. Hill* for appellant.

*Edgar Whitlock* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.